IN RE:  CASE NO. 07-50257-S

CHARLES O. ENEIX  CHAPTER 7
PAMELA J. ENEIX
    Debtors  REPORT OF DIVIDEND
 <u>UNDER FIVE DOLLARS</u>

FILED 2011 APR 26 PM 1:27
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $10.08 was issued on April 15, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                          Amt. of Dividend

| Claim #3 | NOVACARE REHABILITATION<br>C/O NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | $ 4.81 |
| --- | --- | --- |
| Claim #18 | US BANK NA<br>PO BOX 5229<br>CINCINNATI, OH 45201 | $ 1.26 |
| Claim #23 | SUMMA HEALTH SYSTEM<br>P.O. BOX 71-4097<br>COLUMBUS, OH 43271 | $ 4.01 |
| TOTAL: | | $ 10.08 |

                                                           /s/ Harold A. Corzin
                                                           HAROLD A. CORZIN, TRUSTEE
                                                           304 N. Cleveland-Massillon Rd.
                                                           Akron, Ohio 44333
                                                           (330) 670-0770

*Ck # 112*
April 15, 2011    *Receipt # 82311*